UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAITLYN KELLY,

                         Plaintiff,

             -against-

ROSENBERG & ESTIS, P.C., et al.,

                      Defendants.
-------------------------------------------------------------------X

25-CV-4776 (CM) (VF)

**ORDER SCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-motion conference is scheduled for **Tuesday, February 24, 2026, at 12:30 p.m.**

Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at

the scheduled time. **Please dial (646) 453-4442; access code [476 113 109#].**

The deadline for Plaintiff to respond to the letter at ECF No. 33 is **Friday, February 20,**

**2026, at 5 p.m.**

      **SO ORDERED.**

DATED:     New York, New York
              February 9, 2026

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge